MINUTE ENTRY  Plaintiffs were represented in Court by Attorney Bruce Berline. Defendant was present and not represented by counsel.

Gemma Fernandez was sworn as interpreter/translator of Tagalog.

Ms. Marquez stated that the workers were paid by the Garment Factories for which they worked; therefore she denies the allegations.

Attorney Berline called witness:

PORFERIO PACLIBAR, JR.  - (one of the Plaintiffs); DX. CX.

CARLITO E. BERNABE - DX.

RICARDO DULAY - DX.

RUBEN LUNA - DX.

Attorney Berline stated that the Plaintiffs submitted on declarations.

Ms. Marquez stated that the Plaintiffs signed a disclaimer and settlement in this case.

Attorney Berline stated that what she had done, having them sign a disclaimer to get their own money back, was fraudulent and against the law.

Court stated there was some concern about the signed "dismissal" of the lawsuit.

Court requested a copy of the document from Ms. Marquez and stated this matter would be continued until 3:00 p.m. tomorrow afternoon.

Court, after hearing all argument, took matters under advisement and stated that a written opinion would be forthcoming.;   [MCM EOD 06/06/2002]